THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TERRY CANTRELL,<br>Defendant. | CR06-5263FDB<br><br>ORDER CONTINUING TRIAL DATE |

Upon the unopposed motion of the defendant to continue the trial date in the above-captioned case, and based upon the facts set forth in that motion and subjoined declaration, which are hereby incorporated by reference and adopted as findings of fact, the Court makes the following findings:

The Court finds that failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to September 5, 2006. .

IT IS FURTHER ORDERED the period of time from the current trial date of July 3, 2006, up to and including the new trial date of September 5, 2006, shall be excludable time pursuant to the Speedy trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 28th day of June, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE